# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

BCH ENERGY, LP, A DELAWARE CORP.

CASE NUMBER 97-02339

_____Debtor(s)_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW MOVANT, Kathleen S. Allen as the Recovery and Escheatment Manager of CITICORP, N.A. respectfully moves the Court to enter an order requesting the payment of unclaimed funds in the above mentioned bankruptcy case.
To support this motion and the payment of such funds the undersigned creditor/claimant hereby states that:

1. Movant is the duly authorized representative for this corporation. An Affidavit of Authorization and other supporting documentation are attached and made part of this motion.

2. The Trustee appointed by the Court in this case did deposit into the registry of the Court the sum of $177.75 per 11 U.S.C., Section 347(a), and specifically named **ASSOCIATES COMMERCIAL CORP**, one of the many subsidiaries of **CITICORP, N.A.**, the right creditor due this amount.

3. There is no dispute or controversy as to these funds, their availability, or to whom they belong.

4. The original check was mailed to ASSOCIATES COMMERCIAL CORP and later on returned to the undersigned as a result of insufficient or incorrect mailing address of the creditor- payee.
Creditor's current address is: 3800 Citigroup Center, Location G3-4, Tampa, FL, 33610.

WHEREFORE, Movant respectfully requests the Court the relief stated above and further states that the foregoing is true and correct.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion For Payment of Unclaimed Funds was served to the following parties:

Debtor - BCH ENERGY, LP, A DELAWARE CORP.-6714 NORTH WINDS DR., HOUSTON, TX 77041
Debtor's Trustee - MICHAEL B. JOSEPH - 824 MARKET ST., PO BOX 1351, WILMINGTON, DE, 198999
U.S. Trustee - 844 KING ST., SUITE 2207, LOCKBOX 35, WILMINGTON, DE, 19899
U.S. Attorney - DAVID C. WEISS, U.S.A. - NEMOURS BLDG, PO BOX 2046, WILMINGTON, DE, 19899-2046

Date: 10-27-09

Kathleen S. Allen
**CITICORP, N.A.**
3800 Citigroup Center Dr., Location G3-4
Tampa, FL, 33610
(813) 604- 9564

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BCH ENERGY, LIMITED PARTNERSHIP, | ) | Case No. 97-2339 (PJW) |
| | ) | |
| Debtor. | ) | **Objection Deadline: December 27, 2007** |
| | ) | **Hearing Date: January 3, 2008 at 2:30 p.m.** |

## APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT

Michael B. Joseph, the Chapter 7 Trustee in the above-captioned matter (the "Trustee"), hereby files, pursuant to 11 *U.S.C.* Section 347, his application to pay unclaimed funds into the Court (the "Application"). In support of the Application, the Trustee respectfully represents as follows:

## BACKGROUND

1. On November 12, 1997, certain creditors of BCH Energy, LP (the "Debtor") filed an involuntary petition under chapter 7 of Title 11, United States Code (the "Bankruptcy Code").

2. On November 21, 1997, Michael B. Joseph was appointed the chapter 7 trustee.

3. The Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "TFR") was filed with the Court, on or about, April 3, 2007.

4. An Order approving the proposed distribution outlined in the TFR was entered by the Court on May 9, 2007.

## REQUESTED RELIEF

5. The Trustee seeks the entry of an Order approving the deposit of unclaimed funds into the Court.

6. Certain claimants hold allowed claims in this case in the amounts set forth on "Exhibit A", attached hereto and incorporated herein by reference (the "Claimants").

7. The Trustee has previously attempted to issue dividends for these claims, however, such disbursement checks have not been negotiated by the Claimants and/or have been returned. Accordingly, the Trustee has voided such checks.

8. The dividends to date total **Thirty-Eight Thousand Five Hundred One Dollars and Seventy Two Cents ($38,501.72)** and represent the unclaimed funds for which the Trustee requests permission to pay into the Court.

9. The Trustee has diligently attempted to distribute the dividends to the Claimants, to no avail.

WHEREFORE, it is respectfully requested that this Court grant permission to the Trustee to pay said unclaimed funds in the amount of Thirty-Eight Thousand Five Hundred One Dollars and Seventy Two Cents ($38,501.72) into the Court for the benefit of the Claimants as set forth in Exhibit A.

Dated: December 11, 2007             FERRY, JOSEPH & PEARCE, P.A.

/s/ Michael B. Joseph
Michael B. Joseph (#392)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
Tel: (302) 575-1555
Fax: (302) 575-1714

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BCH ENERGY, LIMITED PARTNERSHIP, | ) | Case No. 97-2339 (PJW) |
| | ) | |
| Debtor. | ) | **Objection Deadline: December 27, 2007** |
| | ) | **Hearing Date: January 3, 2008 at 2:30 p.m.** |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on December 11, 2007, the attached **Application to Pay Unclaimed Funds Into the Court** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed **on or before December 27, 2007** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel.

A HEARING ON THE APPLICATION WILL BE HELD ON **JANUARY 3, 2008 at 2:30 P.M.**

IF YOU FAIL TO FILE A RESPONSE IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 11, 2007

FERRY, JOSEPH & PEARCE, P.A.

/s/ Michael B. Joseph
Michael B. Joseph (#392)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
Tel: (302) 575-1555
Fax: (302) 575-1714

Chapter 7 Trustee

# **EXHIBIT A**

| CLAIMANT | CLAIM NO. | AMOUNT |
|---|---|---|
| Bayerische Vereinsbank AG<br>NY Branch | 11 | $7,830.00 |
| Credit Suisse 1st Boston<br>NY Branch | 13 | $16,020.00 |
| The Dai-Ichi Kangyo Bank, Ltd.<br>One World Trade Center | 14 | $7,830.00 |
| The Fuji Bank, Ltd. | 16 | $5,400.00 |
| Environmental Holdings, Ltd. | 1 | $241.54 |
| Thelen Reid & Priest LLP<br>F/K/A Thele | 42 | $1,180.18 |
| **Total:** | | **$38,501.72** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BCH ENERGY, LIMITED PARTNERSHIP, | ) | Case No. 97-2339 (PJW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 283** |

## ORDER TO PAY UNCLAIMED FUNDS INTO COURT

Upon the Trustee's[1] Application to Pay Unclaimed Funds Into the Court, and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted, and it is further

ORDERED that the Trustee shall pay unclaimed funds, as stated in Exhibit A attached hereto, in the amount of Twenty-One Thousand Five Hundred Nine Dollars and Forty One Cents ($21,509.41) to the Clerk, United States Bankruptcy Court for the District of Delaware, for deposit to the Treasury in accordance with Chapter 129 of 28 U.S.C.

Dated: Jan. 2, 2008

_____
The Honorable Peter J. Walsh, Judge
United States Bankruptcy Court

---

[1] Capitalized terms shall have the meanings ascribed to them in the Application unless otherwise defined herein.

## EXHIBIT A

| CLAIMANT | CLAIM NO. | AMOUNT |
|---|---|---|
| Bayerische Vereinsbank AG NY Branch | 11 | $7,830.00 |
| The Dai-Ichi Kangyo Bank, Ltd. One World Trade Center | 14 | $7,830.00 |
| The Fuji Bank, Ltd. | 16 | $5,400.00 |
| Environmental Holdings, Ltd. | 1 | $241.54 |
| Palmetto Environmental | 38 | $30.12 |
| Associates Commercial Corp. | 33 | $177.75 |
| **Total:** | | **$21,509.41** |

## CERTIFICATE OF SERVICE

I, Michael B. Joseph, hereby certify that on this 11th day of December, 2007, I caused one copy of the Application to Pay Unclaimed Funds Into the Court to be served upon the following parties in the manner indicated:

### By Hand Delivery:

Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Neil Glassman, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, DE 19801

### By First Class Mail:

Martin Bienenstock, Esquire
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

The Fuji Bank, Limited
Two World Trade Center
New York, NY 10048

The Dai-Ichi Kangyo Bank, Limited
One World Trade Center, Ste. 4911
New York, NY 10048

Bayerische Vereinsbank AG NY Branch
150 East 42nd Street
New York, NY 10017

Credit Sussie 1st Boston NY Branch
11 Madison Avenue
New York, NY 10010

Environmental Holdings, LTD.
2236 St Johns Avenue, Ste. 100
Jacksonville, FL 32204

Thelen Reid & Priest
101 Second Street, Ste. 1800
San Francisco, CA. 94105

/s/ Michael B. Joseph
Michael B. Joseph, Esquire (#392)
Chapter 7 Trustee